Form 210A (10/06)

# United States Bankruptcy Court
Western District of NY (Buffalo)

In Re: WILLIAM J BOGAN  
      KATHERINE E BOGAN

Case No: 11-10942

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in the evidence and notice.

| | |
|---|---|
| Equable Ascent Financial, LLC | LVNV Funding LLC |
| --------------------------- | --------------------------- |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:  
Equable Ascent Financial, LLC  
c/o Recovery Management Systems Corporation  
25 SE 2nd Avenue Suite 1120  
Miami FL 33131-1605

Court Claim # (if known): 22  
Amount of Claim: $1,026.04  
Date Claim Filed: 7/11/2011

Phone: (305) 379-7674  
Last Four Digits of Acct # :6461

Phone: (864) 235-7336  
Last Four Digits of Acct # :

Name and Address where transferee payments  
Should be sent (if different from above)

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of knowledge and belief.

By: /s/ Ramesh Singh  
-----------------------------------  
Ramesh Singh  
25 SE 2nd Avenue Suite 1120  
Miami FL 33131-1605  
claims@recoverycorp.com  
Transferee/Transferee's Agent

Date: July 26, 2011

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

# EXHIBIT 2 – Part 1

## BILL OF SALE AND ASSIGNMENT

**KNOW ALL MEN BY THESE PRESENTS**, that the undersigned Sherman Acquisition LLC ("Seller"), for and in consideration of the sum of One Dollar ($1.00) and other good and valuable consideration, the receipt of which is hereby acknowledged, does by these presents, assign, sell, transfer, convey, and set over to Capital Recovery, LLC ("Buyer"), its successors and assigns, all rights, title and interest in and to certain charged-off receivables (the "Charged-off Accounts"), related documents evidencing a security interest, liens or other security instruments or encumbrances executed, filed and/or created in conjunction with collateral securing the Charged-off Accounts. Such Charged-off Accounts are referred to as Accounts in the Purchase and Sale Agreement between Seller and Buyer, dated **July 1, 2011**, and are described in the Cut-Off Date File as that term is defined in such Purchase and Sale Agreement.

This Assignment is made without recourse or warranty except as otherwise provided in the Agreement executed by Seller and Buyer with regard to the Charged-off Accounts and other rights, privileges and documentation referred to herein.

Dated this **8th** day of **July,**

**SHERMAN ACQUISITION LLC**

By: _____
        Jon Mazzoli

2

# BILL OF SALE
## AND
## WAIVER OF NOTICE OF TRANSFER OF CLAIMS

CAPITAL RECOVERY, LLC ("Seller") without recourse, assigns and delivers to Equable Ascent Financial, LLC ("Buyer") for and in consideration of the sum of **$1.00 (One Dollar)** and other good and valuable consideration, all right, title and interest in and to (i) certain unsecured consumer line of credit accounts and consumer credit card accounts (the "Accounts") which are described on computer files furnished by Seller to Buyer, (ii) all judgments or awards obtained in connection with the Accounts, (iii) all causes of action, arising under, from, on or in connection with the Accounts against all individual holders of the Accounts and any other person or entity with interest therein, and (iv) all proceeds of such Accounts received on or after the date the applicable computer file is created for delivery to Buyer.

Pursuant to the foregoing assignment, Seller stipulates that Buyer may be substituted for Seller as the valid owner of the Accounts and hereby waives any notice and hearing requirements imposed by, or right to object pursuant to, Bankruptcy Rule 3001 (e) (2) or otherwise. Seller further consents to the attachment of a copy of the Bill Of Sale And Waiver Of Notice Of Transfer Of Claim filed by Buyer pursuant to said rule. A copy of this document shall have the same force and effect as the original.

IN WITNESS WHEREOF, Seller has signed and delivered this instrument on the 8th day of July, 2011.

CAPITAL RECOVERY, LLC

By: _____
Ramesh Singh
Chief Financial Officer